# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PHARMACY SERVICES, INC.,<br>Plaintiff,<br><br>v.<br><br>SWAROVSKI NORTH AMERICA, LTD.,<br>Defendant. | C.A. No. 04-72T |

## ENTRY OF APPEARANCE

Now come the undersigned Steven E. Snow, Michael A. Gamboli and Robert K. Taylor and enter their appearances on behalf of Swarovski North America Limited, incorrectly named herein as Swarovski North America, Ltd.

Steven E. Snow (#1774)
Michael A. Gamboli (#4684)
Robert K. Taylor (#6514)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903-7120
(401) 861-8200
(401) 861-8210 FAX

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ENTRY OF APPEARANCE was mailed, postage prepaid, on this 25th day of May, 2004 to:

Gary L. Mason, Esq.
Klafter, Mason, Record & Socher, LLC
Century Office Park
300 Craig Road
Manalapan, NJ 07726

Carol C. Levasseur

742887_1/3322-1

2