UNITED STATES DISTRICT COURT
FOR [illegible]E DISTRICT OF RHODE ISLAND

Pharmacy Services, Inc.
Plaintiff(s)

v. C.A. No. 04-72T

Swarovski North America, Ltd.
Defendant(s)

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Plaintiff/~~defendant~~ Pharmacy Services, Inc. hereby moves that Gary L. Mason, Esq. be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- ☐ The case involves the following complex area of the law, in which ______ counsel specializes:
- XX Plaintiff's counsel's long-standing representation of the client: Attorney Gary L. Mason has represented the Plaintiff for approximately 10 years in various business (over)
- ☐ The local trial bar lacks experience in the field of: ______.
- ☐ The case involves complex legal questions under the law of a foreign jurisdiction with which ______ counsel is familiar, specifically: ______
- ☐ The case requires extensive discovery in a foreign jurisdiction convenient to ______ counsel, as follows: ______.
- ☐ It is a criminal case, and ______ counsel is defendant's counsel of choice.
- ☐ Other: ______.

[Plaintiff/~~Defendant~~]
By: ______
Attorney for Plaintiff/Pharmacy Services, Inc.

DATED: July 13, 2004

4

(1) I certify that I am a member in good standing of the bar of the State(s) of New Jersey and New York and the following federal district court bar(s) New Jersey and New York, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: None.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

| | |
|---|---|
| Name | Local Associate Counsel |
| Gary L. Mason, Esq. | Carol A. Zangari |
| Klafter & Mason, L.L.C. | R.I. Bar ID # 2130 |
| Manalapan Corporate Plaza | |
| Firm Name | Firm Name |
| 195 Route 9 South - Suite 204 | Law Offices of Carol A. Zangari |
| Business Address | Business Address |
| Manalapan, NJ 07726 | 42 Weybosset Street, Suite 402 |
| | Providence, RI 02903 |
| 732.358.2028 Tel. # / 732.358.2029 Fax # | 401.831.1999 Tel. # / 401.454.8309 Fax # |

---

**ORDER:** This motion is hereby ______________.

______________
U.S. District Judge
Date: ______________