# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

PHARMACY SERVICES, INC.,
Plaintiff,

v.

SWAROVSKI NORTH AMERICA, LTD.,
Defendant.

C.A. No. 04-72T

SEP 15 2004 ... COURT ... RHODE ISLAND

**STIPULATION**

Now come the parties in the above-captioned matter, through their undersigned counsel and hereby stipulate that Defendant may have an extension of time, through September 30, 2004, in which to respond to Plaintiff's First Request for Production of Documents and First Set of Interrogatories.

PHARMACY SERVICES, INC.

By Their Attorneys,

CLAFTER & MASON

Gary L. Mason, Esq.
Manalapan Corporate Plaza
195 Route 95 South, Suite 204
Manalapan, NJ 07726

SWAROVSKI NORTH AMERICA LIMITED

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

Steven E. Snow (#1774)
Michael A. Gamboli (#4684)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200

DATED: ~~August __, 2004~~

755982_1/3322-31

6