UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PHARMACY SERVICES, INC.<br>Plaintiff, | : | |
| VS. | : | C.A. NO.: 04-72T |
| SWAROVSKI NORTH AMERICA, LTD.,<br>Defendant. | : | |

**MOTION FOR EXTENSION OF DISCOVERY DEADLINE**

Now comes the Plaintiff, Pharmacy Services, Inc., and hereby moves this Honorable Court for an extension of time for the discovery deadline from January 15, 2005 to and including **February 15, 2005**. The grounds for this Motion is that the additional time requested is to complete necessary discovery, including depositions. Opposing counsel has no Objection to this request and stipulates to the granting of this Motion.

**WHEREFORE**, the Plaintiff, Pharmacy Services, Inc., requests that this Honorable Court grant an extension of the discovery deadline to **February 15, 2005**.

Plaintiff,
**Pharmacy Services, Inc.**
By its Attorneys,
*KLAFTER & MASON*

Gary L. Mason, Esq. *(Pro Hac Vice)*
Manalapan Corporate Plaza
195 Route 95 South, Suite 204
Manalapan, NJ 07726

*LAW OFFICES OF CAROL A. ZANGARI*

CAROL A. ZANGARI (#2130) *(Local Counsel)*
The Wilcox Building
42 Weybosset Street
Providence, Rhode Island 02903
401.831.1999
401.454.8309 (Fax)

Dated: December 29, 2004

9

**CERTIFICATION**

I hereby certify that on the 29th day of December, 2004, a true copy of the foregoing Motion was faxed and mailed to **MICHAEL A. GAMBOLI, ESQ.**, Partridge, Snow & Hahn, LLP, 180 South Main Street, Providence, RI 02903-7120.

Law Offices of Carol A. Zangari