# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JAN 07 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

PHARMACY SERVICES, INC.,
Plaintiff

v.

SWAROVSKI NORTH AMERICA, LTD.,
Defendant

C.A. No. 04-72T

## STIPULATION OF PARTIAL DISMISSAL

Now come the parties, through their undersigned counsel, and hereby agree that Count 1 (Breach of Implied Covenant of Good Faith and Fair Dealing) and Count 6 (Antitrust Violations) are hereby dismissed with prejudice, each party to bear their own costs.

PHARMACY SERVICES, INC.

By Its Attorneys,

KLAFTER & MASON

Gary L. Mason (pro hac vice)
Manalapan Corporate Plaza
195 Route 95 South, Suite 204
Manalapan, NJ 07726
(732) 358-2028
(732) 358-2029 (FAX)

Carol A. Zangari (Local Counsel)
42 Weybosset Street
Suite 402
Providence, RI 02903
(401) 831-1999
(401) 4545-8309

SWAROVSKI NORTH AMERICA LIMITED

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Michael A. Gamboli (#4684)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (FAX)

ENTER

Ernest C. Torres
Chief U.S. District Judge

DATE 1/10/05

775940_1/3322-31