UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PHARMACY SERVICES, INC.
Plaintiff,

VS. C.A. NO.: 04-72T

SWAROVSKI NORTH AMERICA, LTD.,
Defendant.

**MOTION FOR EXTENSION OF TIME/MODIFICATION OF PRETRIAL ORDER**

Now come the parties in the above-captioned matter and request that this Honorable Court grant a sixty (60) day extension for compliance with the Pretrial Order in this matter, more particularly, those provisions pertaining to the filing of Motions, Memoranda, Voir Dire Questions, Jury Instructions and Witness/Exhibit Lists, along with an attendant extension for the time of Trial so as to accommodate this requested sixty (60) day extension. Grounds for same are set forth in the attached Memorandum. The parties have conferred regarding this Motion and join in this request.

**WHEREFORE**, it is requested that this Honorable Court grant a modification of the Pretrial Order so as to assign a closure date and allow for the filing of Motions, Pretrial Memoranda and other pretrial filings as referenced in said Order on or before May 16, 2005.

Plaintiff,
**Pharmacy Services, Inc.**
By its Attorneys,

*LAW OFFICES OF CAROL A. ZANGARI*

CAROL A. ZANGARI (#2130) *(Local Counsel)*
The Wilcox Building
42 Weybosset Street
Providence, Rhode Island 02903
401.831.1999
401.454.8309 (Fax)

Dated: March 16, 2005

12

**CERTIFICATION**

I hereby certify that on the 16th day of March, 2005, a true copy of the foregoing Motion was faxed and mailed to **MICHAEL A. GAMBOLI, ESQ.**, Partridge, Snow & Hahn, LLP, 180 South Main Street, Providence, RI 02903-7120.

Law Offices of Carol A. Zangari

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PHARMACY SERVICES, INC. :
Plaintiff, :
:
VS. : C.A. NO.: 04-72T
:
SWAROVSKI NORTH AMERICA, :
LTD., :
Defendant.

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME/MODIFICATION OF PRETRIAL ORDER**

The above-captioned matter involves a Complaint which seeks damages against the Defendant as a result of business transactions and dealings between the parties, to wit, the Plaintiff, a New Jersey Corporation and the Defendant, a Rhode Island Corporation. The transactions in question span from 1999 into early 2003.

The extension requested in this Motion is necessary to allow the parties to complete the taking of depositions and the testimony to be elicited from these deponents is significant in determining certain factual issues necessary to complete pretrial submissions and those filings referred to in the Pretrial Order. The parties to this action have conducted discovery in the form of Interrogatories and responses, as well as Production Requests with compliance thereto. In addition, the parties have been successful in resolving two (2) of the seven (7) Counts in the Complaint by and through their efforts in negotiation and discovery to the date of that partial resolution. (A Stipulation of Partial Dismissal was filed in this matter on January 10, 2005.)

Despite efforts, those parties whose testimony is necessary for the completion of the filing of final pretrial submissions could not be deposed prior to this date. The depositions of these individuals are currently scheduled by agreement of the parties for April 11, 12 and 13. The Trial schedules of counsel involved in this matter required the continuance of these depositions previously and despite efforts, these dates are the earliest possible time these depositions could be undertaken. Further, a principal from the Plaintiff Corporation will be in attendance and the parties have agreed to undertake further negotiations in an attempt to mediate the remaining issues in dispute at the time of these depositions. Accordingly, at that time, in the event that the

matter cannot be resolved, the depositions will assist in refining the issues and perhaps curtailing expected Trial time.

**WHEREFORE**, it is respectfully requested that the Court grant to the parties the requested extension.

The signing counsel on this Motion and Memorandum respectfully requests the opportunity to be heard on this Motion.

Plaintiff,
**Pharmacy Services, Inc.**
By its Attorneys,

*LAW OFFICES OF CAROL A. ZANGARI*

CAROL A. ZANGARI (#2130) *(Local Counsel)*
The Wilcox Building
42 Weybosset Street
Providence, Rhode Island 02903
401.831.1999
401.454.8309 (Fax)

Dated: March 16, 2005

**CERTIFICATION**

I hereby certify that on the 16th day of March, 2005, a true copy of the foregoing Motion was faxed and mailed to **MICHAEL A. GAMBOLI, ESQ.**, Partridge, Snow & Hahn, LLP, 180 South Main Street, Providence, RI 02903-7120.

Law Offices of Carol A. Zangari