COPY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAR 16 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

PHARMACY SERVICES, INC.
Plaintiff,

VS. : C.A. NO.: 04-72T

SWAROVSKI NORTH AMERICA, LTD.,
Defendant.

**MOTION FOR EXTENSION OF TIME/MODIFICATION OF PRETRIAL ORDER**

Now come the parties in the above-captioned matter and request that this Honorable Court grant a sixty (60) day extension for compliance with the Pretrial Order in this matter, more particularly, those provisions pertaining to the filing of Motions, Memoranda, Voir Dire Questions, Jury Instructions and Witness/Exhibit Lists, along with an attendant extension for the time of Trial so as to accommodate this requested sixty (60) day extension. Grounds for same are set forth in the attached Memorandum. The parties have conferred regarding this Motion and join in this request.

**WHEREFORE**, it is requested that this Honorable Court grant a modification of the Pretrial Order so as to assign a closure date and allow for the filing of Motions, Pretrial Memoranda and other pretrial filings as referenced in said Order on or before May 16, 2005.

Plaintiff,
**Pharmacy Services, Inc.**
By its Attorneys,

*LAW OFFICES OF CAROL A. ZANGARI*

CAROL A. ZANGARI (#2130) *(Local Counsel)*
The Wilcox Building
42 Weybosset Street
Providence, Rhode Island 02903
401.831.1999
401.454.8309 (Fax)

DENIED. PARTIES MAY CONTINUE DISCOVERY BY MUTUAL AGREEMENT AS PER PARAGRAPH 2 OF THE PRETRIAL ORDER.

Ernest C. Torres, Chief Judge
March 22, 2005

Dated: March 16, 2005

13

**CERTIFICATION**

I hereby certify that on the 16th day of March, 2005, a true copy of the foregoing Motion was faxed and mailed to **MICHAEL A. GAMBOLI, ESQ.**, Partridge, Snow & Hahn, LLP, 180 South Main Street, Providence, RI 02903-7120.

Law Offices of Carol A. Zangari