# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

PHARMACY SERVICES, INC.,
Plaintiff,

v.

SWAROVSKI NORTH AMERICA, LTD.,
Defendant.

C.A. No. 04-72T

## DEFENDANT SWAROVSKI NORTH AMERICA LIMITED'S MOTION TO COMPEL PLAINTIFF'S RESPONSE TO FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Now comes Defendant Swarovski North America Limited and, pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, hereby moves this Court for an order compelling Plaintiff, Pharmacy Services, Inc., to respond to Swarovski's First Request for Production of Documents dated October 7, 2004. To date, no formal response has been provided (although a limited number of documents have been produced as part of Plaintiff's Rule 26(a) disclosures).

This motion is such that no memorandum of law is required pursuant to Local Rule 12(a)(1). Further, the 30(b)(6) deposition of Plaintiff is scheduled for April 11, 2005.

WHEREFORE, Swarovski requests that the Honorable Court issue an order compelling Plaintiff to answer or otherwise respond in full to the outstanding Request for Production of Documents on or before Plaintiff's scheduled deposition day of April 11, 2005.

15

SWAROVSKI NORTH AMERICA LIMITED

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Michael A. Gamboli (#4684)
180 South Main Street
Providence, RI 02903-7120
(401) 861-8200
(401) 861-8210 FAX

## CERTIFICATE OF MOVING PARTY

Now comes the moving party and certifies pursuant to Fed. R. Civ. P. 37(a)(2)(A) that it has conferred or attempted to confer in good faith with the non-moving party in an attempt to resolve these issues without the need for Court intervention.

Michael A. Gamboli (#4684)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **DEFENDANT'S SWAROVSKI NORTH AMERICA LIMITED'S MOTION TO COMPEL PLAINTIFF'S RESPONSE TO FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** was mailed, postage prepaid, on this 23rd day of March, 2005 to:

Gary L. Mason, Esq.
Klafter & Mason
Manalapan Corporate Plaza
195 Route 95 South, Suite 204
Manalapan, NJ 07726

Carol A. Zangari, Esq.
42 Weybosset Street
Suite 402
Providence, RI 02903

791438_1/3322-31