FILED

MAR 24 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED

APR 11 2005

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

PHARMACY SERVICES, INC.,
Plaintiff,

v.

SWAROVSKI NORTH AMERICA, LTD.,
Defendant.

C.A. No. 04-72T

**DEFENDANT SWAROVSKI NORTH AMERICA LIMITED'S MOTION TO COMPEL PLAINTIFF'S RESPONSE TO FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

Now comes Defendant Swarovski North America Limited and, pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, hereby moves this Court for an order compelling Plaintiff, Pharmacy Services, Inc., to respond to Swarovski's First Request for Production of Documents dated October 7, 2004. To date, no formal response has been provided (although a limited number of documents have been produced as part of Plaintiff's Rule 26(a) disclosures).

This motion is such that no memorandum of law is required pursuant to Local Rule 12(a)(1). Further, the 30(b)(6) deposition of Plaintiff is scheduled for April 11, 2005.

WHEREFORE, Swarovski requests that the Honorable Court issue an order compelling Plaintiff to answer or otherwise respond in full to the outstanding Request for Production of Documents on or before Plaintiff's scheduled deposition day of April 11, 2005.

No objection having been filed, the motion is GRANTED. Plaintiff shall respond within ten days of the date of this order.

David L. Martin
David L. Martin
United States Magistrate Judge
April 11, 2005

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☑ for determination
☐
Ernest C. Torres, Chief Judge
Date: 4/8/05

16