RECEIVED
JUL 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PHARMACY SERVICES, INC.<br>Plaintiff, | : | |
| VS. | : | C.A. NO.: 04-72T |
| SWAROVSKI NORTH AMERICA, LTD.,<br>Defendant. | : | |

**STIPULATION**

The parties hereby agree that the Plaintiff's Objection, Memorandum in Support thereof and Reply to Defendant's Motion for Summary Judgment shall be filed on or before August 5, 2005.

Plaintiff,
**Pharmacy Services, Inc.**
By its Attorneys,
*KLAFTER & MASON*

Gary L. Mason, Esq. *(Pro Hac Vice)*
Manalapan Corporate Plaza
195 Route 95 South, Suite 204
Manalapan, NJ 07726

*LAW OFFICES OF CAROL A. ZANGARI*

CAROL A. ZANGARI (#2130) *(Local Counsel)*
The Wilcox Building
42 Weybosset Street
Providence, Rhode Island 02903
401.831.1999
401.454.8309 (Fax)

**Swarovski North America Limited**
By its Attorneys,
*PARTRIDGE, SNOW & HAHN, LLP*

Michael A. Gamboli (#4684)
180 South Main Street
Providence, RI 02903
401.861.8200

Dated: July 27, 2005