UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PHARMACY SERVICES, INC.<br>Plaintiff,<br><br>VS.<br><br>SWAROVSKI NORTH AMERICA, LTD.,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. NO.: 04-72T |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Now comes the Plaintiff in the above-entitled matter and moves that it be granted a brief extension of time, i.e., until on or before August 15, 2005, within which to file its opposition to the Defendant's Motion for Summary Judgment.

A Memorandum in support of this Motion is attached hereto and incorporated.

Plaintiff,
**Pharmacy Services, Inc.**
By its Attorneys,
*KLAFTER & MASON*

Gary L. Mason, Esq. *(Pro Hac Vice)*
Manalapan Corporate Plaza
195 Route 95 South, Suite 204
Manalapan, NJ 07726

*LAW OFFICES OF CAROL A. ZANGARI*

CAROL A. ZANGARI (#2130) *(Local Counsel)*
The Wilcox Building
42 Weybosset Street
Providence, Rhode Island 02903
401.831.1999
401.454.8309 (Fax)

Dated: August 9, 2005

**CERTIFICATION**

I hereby certify that on the 9th day of August, 2005, a true copy of the foregoing Motion was faxed and mailed to **MICHAEL A. GAMBOLI, ESQ.**, Partridge, Snow & Hahn, LLP, 180 South Main Street, Providence, RI 02903-7120.

Diane Gill

Law Offices of Carol A. Zangari

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PHARMACY SERVICES, INC.<br>Plaintiff, | : | |
| | : | |
| VS. | : | C.A. NO.: 04-72T |
| | : | |
| SWAROVSKI NORTH AMERICA, LTD.,<br>Defendant. | : | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR EXTENSION OF TIME**

The Plaintiff's Opposition to the Defendant's Motion for Summary Judgment was forwarded for filing and received by the Court on August 5, 2005.

The Plaintiff's Opposition included:

•Plaintiff's response to Defendant's "Statement of Undisputed Material Facts" 4 pages;

•Plaintiff's Opposing Statement of Material and Disputed Facts 21 pages;

•Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment 19 pages; and,

•Plaintiff's Exhibits A through N, including pertinent portions of the transcripts of deposition testimony of various witnesses/parties.

The documents submitted were returned due to page limitations being exceeded. The Plaintiff in this matter has respectfully requested permission to exceed the page limitation set forth in Amended General Order 2002-01 and the Motions in support of this request have been filed separately and are pending. In said Motions, Plaintiff has represented that the materials previously submitted for filing can be minimized to a total within several pages of the twenty page limit. This can be done by August 15, 2005.

Respectfully Submitted:
**Pharmacy Services, Inc.**
By its Attorneys,

Gary L. Mason, Esq. *(Pro Hac Vice)*
Manalapan Corporate Plaza
195 Route 95 South, Suite 204
Manalapan, NJ 07726

Dated: August 9, 2005

CAROL A. ZANGARI (#2130) *(Local Counsel)*
The Wilcox Building
42 Weybosset Street
Providence, Rhode Island 02903
401.831.1999

Dated: August 9, 2005

**CERTIFICATION**

I hereby certify that on the 9th day of August, 2005, a true copy of the foregoing Memorandum was faxed and mailed to **MICHAEL A. GAMBOLI, ESQ.**, Partridge, Snow & Hahn, LLP, 180 South Main Street, Providence, RI 02903-7120.

Law Offices of Carol A. Zangari