UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PHARMACY SERVICES, INC.
Plaintiff,

VS. C.A. NO.: 04-72T

SWAROVSKI NORTH AMERICA, LTD.,
Defendant.

**PLAINTIFF'S MOTION TO ALLOW EXHIBITS IN EXCESS OF TWENTY PAGES**

Now comes the Plaintiff in the above-entitled matter and moves for leave to submit Exhibits in excess of twenty pages as attachments to its opposition to the Defendant's Motion for Summary Judgment.

A Memorandum in support of this Motion is attached hereto and incorporated.

Plaintiff,
**Pharmacy Services, Inc.**
By its Attorneys,
*KLAFTER & MASON*

Gary L. Mason, Esq. *(Pro Hac Vice)*
Manalapan Corporate Plaza
195 Route 95 South, Suite 204
Manalapan, NJ 07726

*LAW OFFICES OF CAROL A. ZANGARI*

CAROL A. ZANGARI (#2130) *(Local Counsel)*
The Wilcox Building
42 Weybosset Street
Providence, Rhode Island 02903
401.831.1999
401.454.8309 (Fax)

Dated: August 9, 2005

**CERTIFICATION**

I hereby certify that on the 9th day of August, 2005, a true copy of the foregoing Motion was faxed and mailed to **MICHAEL A. GAMBOLI, ESQ.**, Partridge, Snow & Hahn, LLP, 180 South Main Street, Providence, RI 02903-7120.

Diane Gil

Law Offices of Carol A. Zangari

**CERTIFICATION**

I hereby certify that on the 9th day of August, 2005, a true copy of the foregoing Memorandum was faxed and mailed to **MICHAEL A. GAMBOLI, ESQ.**, Partridge, Snow & Hahn, LLP, 180 South Main Street, Providence, RI 02903-7120.

Diane Gill

Law Offices of Carol A. Zangari

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PHARMACY SERVICES, INC.<br>Plaintiff, | : | |
| VS. | : | C.A. NO.: 04-72T |
| SWAROVSKI NORTH AMERICA, LTD.,<br>Defendant. | : | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION TO ALLOW EXHIBITS IN EXCESS OF TWENTY PAGES IN OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The Defendant in the within matter has filed a Motion for Summary Judgment on Five Counts of the Plaintiff's Complaint. In support of its Motion, the Defendant submitted, inter alia, a "Statement of Undisputed Material Facts" numbering twenty-five, several of which cite deposition testimony of various individuals whose depositions were taken during the course of discovery in this case. In its opposition to the Defendant's Motion, the Plaintiff has filed specific responses to said Defendant's Statement of Undisputed Material Facts and presents an opposing Statement of Material and Disputed Facts. It is the Plaintiff's contention that there exists in this case disputed material facts and the Plaintiff presents in its opposition-filing an itemized response to each of the Defendant's assertions one through twenty-five and further offers its own Statement of Material and Disputed Facts numbered one through seventy-two.

The Plaintiff's Memorandum in Support of its Objection to the Defendant's Motion for Summary Judgment is nineteen pages in length. The attachments/appendix thereto contains exhibits A through N which exhibits comprise well in excess of twenty pages. Numerous exhibits are relevant portions of transcript pages of deposition testimony of various individuals. The Plaintiff submitted these as attachments for the ready reference of the Court and counsel and in verification of those factual assertions set forth in the Plaintiff's opposition Memo and Statement of Disputed Facts. If the transcript pages were to be removed from the tally of exhibits/attachments, the remaining pages would total twenty-five exclusive of Exhibit K of Plaintiff's submission which is a copy of the Defendant's Answers to Plaintiff's First Set of Interrogatories comprising nine pages of text and which copy was provided with the opposition papers for ready reference.

Given the nature and complexity of the case and given the fact that the Plaintiff is submitting a total of twenty-five pages in attachments exclusive of deposition transcript pages in conjunction with its opposition filing to the Defendant's Summary Judgment, it is respectfully requested that this Honorable Court permit the Plaintiff's Exhibits in opposition to the Defendant's Motion for Summary Judgment to exceed the twenty page limit. Plaintiff, in conjunction with this Motion, offers to re-file its opposition without the transcript page attachments which would thereby reduce the Exhibits to twenty-five pages, i.e.:

**Exhibit A** – relevant excerpts from the Defendant's Mission 3000 Document;

**Exhibit C** – two pages bate stamped SNA 620 and 845;

**Exhibit D** – November 26, 2002 e-mail;

**Exhibit J** – Standards for Authorized Swarovski America Limited Retailers;

**Exhibit L** – January 15, 2003 letter;

**Exhibit M** – November 13, 2002 e-mail; and,

**Exhibit N** – document bate stamped SNA 1077 labeled SDI Procedures, updated 2002.

---

***Request for Relief:***

The Plaintiff respectfully requests that its Motion for Leave to Exceed the twenty page limit for attachments to its opposition to the Defendant's Motion for Summary Judgment be granted by allowing the filing with the pertinent portions of the transcripts attached, or in the alternative, to allow re-filing with twenty-five pages of attachments.

Respectfully Submitted:
Plaintiff,
**Pharmacy Services, Inc.**
By its Attorneys,
*KLAFTER & MASON*

Gary L. Mason, Esq. *(Pro Hac Vice)*
Manalapan Corporate Plaza
195 Route 95 South, Suite 204
Manalapan, NJ 07726

CAROL A. ZANGARI (#2130) *(Local Counsel)*
The Wilcox Building
42 Weybosset Street
Providence, Rhode Island 02903
401.831.1999

Dated: August 9, 2005