UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PHARMACY SERVICES, INC.<br>Plaintiff, | : | |
| VS. | : | C.A. NO.: 04-72T |
| SWAROVSKI NORTH AMERICA, LTD.,<br>Defendant. | : | |

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION WITH RESPECT TO ITS RESPONSE TO "DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS"**

Now comes the Plaintiff in the above-entitled matter and moves for leave to submit a total of twenty-five pages for filing with respect to its Response to the Defendant's Statement of Undisputed Material Facts, **along with Plaintiff's opposing Statement of Material and Disputed Facts**.

A Memorandum in support of this Motion is attached hereto and incorporated.

Plaintiff,
**Pharmacy Services, Inc.**
By its Attorneys,
*KLAFTER & MASON*

Gary L. Mason, Esq. *(Pro Hac Vice)*
Manalapan Corporate Plaza
195 Route 95 South, Suite 204
Manalapan, NJ 07726

*LAW OFFICES OF CAROL A. ZANGARI*

CAROL A. ZANGARI (#2130) *(Local Counsel)*
The Wilcox Building
42 Weybosset Street
Providence, Rhode Island 02903
401.831.1999
401.454.8309 (Fax)

Dated: August 9, 2005

**CERTIFICATION**

I hereby certify that on the 9th day of August, 2005, a true copy of the foregoing Motion was faxed and mailed to **MICHAEL A. GAMBOLI, ESQ.**, Partridge, Snow & Hahn, LLP, 180 South Main Street, Providence, RI 02903-7120.

Diane Gill

Law Offices of Carol A. Zangari

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PHARMACY SERVICES, INC. :
Plaintiff, :
:
VS. : C.A. NO.: 04-72T
:
SWAROVSKI NORTH AMERICA, :
LTD., :
Defendant.

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION TO EXCEED PAGE LIMITATION WITH RESPECT TO ITS RESPONSE TO "DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS"**

The Defendant in the within matter has filed a Motion for Summary Judgment on Five Counts of the Plaintiff's Complaint. In support of its Motion, the Defendant submitted, inter alia, a "Statement of Undisputed Material Facts" numbering twenty-five.

The Plaintiff, in its opposition filing responds to each of the twenty-five Statements asserted by the Defendant. Some are admitted, others are denied. In a minority of instances, the Plaintiff responds to the alleged undisputed nature of the assertion by citing evidence obtained/established in discovery, including sworn testimony which serves to contradict and/or undermine the asserted Statement. Plaintiff's said itemized response is set forth in four pages.

In addition, in support of the Plaintiff's position that there are material facts in dispute and genuine issues for Trial in this matter, an additional seventy-two Facts are set forth in Plaintiff's submission. This submission entitled, "Plaintiff's Opposing Statement of Material and Disputed Facts" entails twenty-one pages.

In summary, due to the nature and complexity of the case, the issues presented and the number of disputed material facts, the Plaintiff respectfully requests that it be allowed to file a total of twenty-five pages in its response to the Defendant's Statement and its opposing Statement.

Respectfully Submitted:
**Pharmacy Services, Inc.**
By its Attorneys,

Gary L. Mason, Esq. *(Pro Hac Vice)*
Manalapan Corporate Plaza
195 Route 95 South, Suite 204
Manalapan, NJ 07726

Dated: August 9, 2005

CAROL A. ZANGARI (#2130) *(Local Counsel)*
The Wilcox Building
42 Weybosset Street
Providence, Rhode Island 02903
401.831.1999

Dated: August 9, 2005

**CERTIFICATION**

I hereby certify that on the 9th day of August, 2005, a true copy of the foregoing Memorandum was faxed and mailed to **MICHAEL A. GAMBOLI, ESQ.**, Partridge, Snow & Hahn, LLP, 180 South Main Street, Providence, RI 02903-7120.

Law Offices of Carol A. Zangari