COPY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PHARMACY SERVICES, INC.<br>Plaintiff, | : | |
| VS. | : | C.A. NO.: 04-72T |
| SWAROVSKI NORTH AMERICA, LTD.,<br>Defendant. | : | |

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION WITH RESPECT TO ITS RESPONSE TO "DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS"**

Now comes the Plaintiff in the above-entitled matter and moves for leave to submit a total of twenty-five pages for filing with respect to its Response to the Defendant's Statement of Undisputed Material Facts, **along with Plaintiff's opposing Statement of Material and Disputed Facts**.

A Memorandum in support of this Motion is attached hereto and incorporated.

Plaintiff,
**Pharmacy Services, Inc.**
By its Attorneys,
*KLAFTER & MASON*

Gary L. Mason
Gary L. Mason, Esq. *(Pro Hac Vice)*
Manalapan Corporate Plaza
195 Route 95 South, Suite 204
Manalapan, NJ 07726

*LAW OFFICES OF CAROL A. ZANGARI*

Carol A. Zangari
CAROL A. ZANGARI (#2130) *(Local Counsel)*
The Wilcox Building
42 Weybosset Street
Providence, Rhode Island 02903
401.831.1999
401.454.8309 (Fax)

GRANTED
~~Accepted~~ in the absence of an objection.
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
Date: 8/16/05
Except that the Court notes that some of the "Opposing Statements of Material Facts" are arguments not facts.

Dated: August 9, 2005

**CERTIFICATION**

I hereby certify that on the 9th day of August, 2005, a true copy of the foregoing Motion was faxed and mailed to **MICHAEL A. GAMBOLI, ESQ.**, Partridge, Snow & Hahn, LLP, 180 South Main Street, Providence, RI 02903-7120.

Diane Gill

Law Offices of Carol A. Zangari