UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

PHARMACY SERVICES, INC.,

Plaintiff,

v. C.A. No. 04-72T

SWAROVSKI NORTH AMERICA, LTD.,

Defendant.

ORDER GRANTING PLAINTIFF'S MOTION TO ALLOW EXHIBITS IN EXCESS OF TWENTY PAGES

Plaintiffs' Motion to Allow Exhibits in Excess of Twenty pages is granted with respect to the exhibits attached to Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment.

IT IS SO ORDERED,

Ernest C. Torres

Ernest C. Torres, Chief Judge
Date: August 16, 2005