RECEIVED

AUG 12 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PHARMACY SERVICES, INC.
Plaintiff,

VS. C.A. NO.: 04-72T

SWAROVSKI NORTH AMERICA, LTD.,
Defendant.

**STIPULATION**

The parties hereby agree that the Plaintiff's Objection, Memorandum in Support thereof and Reply to Defendant's Motion for Summary Judgment shall be filed on or before August 15, 2005.

Plaintiff,
**Pharmacy Services, Inc.**
By its Attorneys,
*KLAFTER & MASON*

Gary L. Mason, Esq. *(Pro Hac Vice)*
Manalapan Corporate Plaza
195 Route 95 South, Suite 204
Manalapan, NJ 07726

*LAW OFFICES OF CAROL A. ZANGARI*

CAROL A. ZANGARI (#2130) *(Local Counsel)*
The Wilcox Building
42 Weybosset Street
Providence, Rhode Island 02903
401.831.1999
401.454.8309 (Fax)

**Swarovski North America Limited**
By its Attorneys,
*PARTRIDGE, SNOW & HAHN, LLP*

Michael A. Gamboli (#4684)
180 South Main Street
Providence, RI 02903
401.861.8200

ENTER

Ernest C. Torres
Chief, U.S. District Judge

DATE

Dated: August 12, 2005