UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PHARMACY SERVICES, INC.,

Plaintiff

v.  C.A. No. 04-72T

SWAROVSKI NORTH AMERICA, LTD.,

Defendants

### ORDER GRANTING MOTION TO DISMISS COUNT IV OF THE COMPLAINT

For reasons stated in open court on November 22, 2005, Count IV of the Complaint is dismissed by agreement. Counts I and VI were previously dismissed by agreement.

By Order

/s/
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Chief Judge
Date: 12/1/05