**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

PHARMACY SERVICES, INC.,

Plaintiff

v. C.A. No. 04-72T

SWAROVSKI NORTH AMERICA, LTD.,

Defendants

**ORDER GRANTING MOTION TO DISMISS COUNT IV OF THE COMPLAINT**

For reasons stated in open court on November 22, 2005, Count IV of the Complaint is dismissed by agreement. Counts I and VI were previously dismissed by agreement.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge
Date: 12/1/05