**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

PHARMACY SERVICES, INC.,
d/b/a ROSELLE CENTER PHARMACY,
a/k/a ROSELL CENTER CARD,
GIFT & COLLECTIBLES,
plaintiffs

vs. C.A. No. 04-72T

SWAROVSKI NORTH AMERICA LIMITED,
JOHN DOES 1-50, and ABC CORPS.
1-10,
defendants

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Judgment hereby enters for the Defendant Swarovski North America Limited pursuant to this Court's Memorandum and Order dated March 21st, 2006 granting the Defendant Swarovski's Motion for Summary Judgment.

Enter:

Deputy Clerk

Dated: March 21, 2006